U.S. District Court, Southern District of Texas
600 East Harrison St, Room 101, Brownsville, Tx. 78520

Court of Criminal Appeals of Texas: Writ No: WR-20,796-09.
Trial CT No: 91-CR-1546-E.

Miguel Hinojosa

V.

The State of Texas.

United States District Court
Southern District of Texas
FILED
FEB 27 2012
David J. Bradley, Clerk of Court
B-12-049

## Notice of Appeals

To The Honorable Judge of said Court:

Comes Miguel Hinojosa, Defendant in WR-No: WR-20,796-09, And gives (Notice of Appeal) to Court U.S. District Court Southern District of Texas at Brownsville Tx. 78520, Cameron County.

The Court of Criminal Appeals of Texas, at Austin Texas 78711 on 1-11-2012, The Court has dismissed without written order this subsequent application for a writ of Habeas Corpus. Tex. Code Crim. Proc. Art. 11.07, Sec., 4 (A) – (C)

I also gave (Notice of Appeal) to the Court of Criminal Appeals of Texas at Austin Texas 78711, Thinking that they were going to sent my (Notice of Appeal) to the Fifth Circuit But, they have not.

Please Accept my Notice of Appeals

Miguel Hinojosa #840997
Wynne Unit - A1-1-16-B
810 FM 2821
Huntsville Texas 77349

COPY

Miguel Hernandez #1740247
Wynne Unit - A-1-10-B
810 FM. 2821
Huntsville, TX, 77349

7185204711154

United States District Court
Southern District of Texas
RECEIVED

FEB 9 - 2012

David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
23 FEB 2012 PM 6 T

Clerk
U.S. District Court, Southern District of Texas
600 East Harrison St, Room 101
Brownsville, Texas 78520

FOREVER