ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 03 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| MIGUEL HINOJOSA, Petitioner, | § § § § | |
| v. | § § | Civil No. B-12-49 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent. | § § § § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and Miguel Hinojosa's Response in Opposition to the Report and Recommendation, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. It is, therefore, **ORDERED, ADJUDGED,** and **DECREED** that Stephens's Motion for Summary Judgment (Dkt. No. 49) is **GRANTED** and Hinojosa's § 2254 Petition (Dkt. No. 1) is **DISMISSED**. A certificate of appealability shall not issue.

Signed on this ___ day of _October_____, 2014.

Hilda Tagle
Senior United States District Judge

1