IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIGUEL HINOJOSA, § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. B-12-49 |
| § | |
| WILLIAM STEPHENS, Director, Texas § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. | |

# JUDGMENT

The Court **ORDERS** and **ADJUDGES** that the above captioned action in which Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. 2254, be, and it hereby is **DISMISSED WITH PREJUDICE**. The Court further **ORDERS** and **ADJUDGES** that a certificate of appealability shall not issue.

SIGNED this 15th day of July, 2015.

_____
Hilda Tagle
Senior United States District Judge